UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE A. JIMENEZ,

          Plaintiff,

-vs-                                        Case No. 6:06-cv-1664-Orl-18JGG

TONY B's PAINTING TILE &
RENOVATIONS, INC.,
TONY M. BONNIVILLE,

          Defendants.

## ORDER

The case was before the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore, it is further **ORDERED** that this case is **DISMISSED** for failure to prosecute. Clerk of the Court is directed to close the case.

It is **SO ORDERED** in Orlando, Florida, this ___1___ day of May, 2007.

                                                  G. KENDALL SHARP
                                                  Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge